# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Felix Mandrell Leach          Case Number:   3:07-00171-00 -28

Name of Judicial Officer: The Honorable Todd J. Campbell, U.S. District Judge

Date of Original Sentence: August 31, 2009

Original Offense: 21 U.S.C. § 841(a)(1), Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Cocaine

Original Sentence: 24 months' custody; 3 years' supervised release

Type of Supervision:   Supervised Release          Date Supervision Commenced: October 18, 2011

Assistant U.S. Attorney:  To be determined          Defense Attorney:  George Travis Hawkins

---

THE COURT ORDERS:

☒ No Action at this time
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

Considered this  5  day of  Feb  , 2014,
and made a part of the records in the above case.

_____
Chief U. S. District Judge
Todd J. Campbell

U.S. Probation Officer
Jon R. Hahn

Place          Columbia, Tennessee

Date          February 5, 2014

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.    Nature of Noncompliance

1.        **Shall not commit another federal, state, or local crime:**

           Felix Mandrell Leach was arrested by the Columbia Police Department, Columbia, Tennessee, for Domestic Simple Assault and Violation of an Order of Protection on February 2, 2014. He is to appear in the Maury County General Sessions Court on March 4, 2014.

**Compliance with Supervision Conditions and Prior Interventions:**

Felix Leach receives disability and lives in Williamson County, Tennessee.

According to the offense report, Columbia Police Department were notified of a domestic situation on February 2, 2014, at 4:30 a.m. The victim had a knot on her arm and a bloody nose. The report indicated that Mr. Leach had been drinking but they could not detect it on the victim. The victim obtained an order of protection a month earlier due to a domestic situation that did not involve an arrest on December 28, 2014. The victim picked up Mr. Leach, and they went out to eat earlier that evening followed by going to a night club. An argument began there. The victim thought everything was alright and left her door unlocked for Mr. Leach to let himself in. The victim stated she then went to sleep. Mr. Leach wanted a ride home, and the victim refused. Allegedly Mr. Leach twisted her arm. The victim did not remember why she was bleeding from the nose.

This officer interviewed Mr. Leach. He was of the impression that he did not violate the restraining order since she called him and picked him up. Mr. Leach denies hitting the victim and stated she fell, causing her to hurt her arm. He admits they had an argument and she struck him in the arm, but he did not retaliate.

This officer interviewed the victim. She states Mr. Leach took her keys and drove himself from the night club leaving her to walk. She states when she arrived home, she went to bed, and Mr. Leach came into the bedroom and twisted her arm when she refused to drive him home. The victim does not know why her nose was bleeding and states Mr. Leach did not hit her. In regards to the order of protection, she states she wanted to work things out and this is the reason they were together that evening.

**U.S. Probation Officer Recommendation:**

Although this office considers domestic violence a serious risk issue, this officer believes Mr. Leach is in need of treatment and has been instructed to have no further contact with the victim. Therefore, it is recommended that the defendant be continued on supervised release at this time pending final disposition of the state charge. The Court will be notified of the disposition so it may determine if any further action is necessary.

The U.S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____

       Vidette Putman
       Supervisory U.S. Probation Officer